

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 2 2011

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONI HAYNES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:10-CV-806-B |
| v. | § | <u>SEAL</u> |
| | § | |
| | § | |
| PATRICK R. DONAHOE, Postmaster | § | |
| General of the United States, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled.

The Motion for Summary Judgment of Defendant Patrick R. Donahoe, Postmaster General, is granted. Accordingly, Plaintiff's tort claims shall be dismissed without prejudice as preempted by the Federal Employer's Liability Act. Plaintiff's claims of Discrimination, Sexual Harassment, Hostile Work Environment, Disparate Treatment, Constructive Discharge and Retaliation in violation of the Civil Rights Act of 1964, as amended, Title VII, 42 U.S.C. § 2000e, *et seq.* and Denial of Reasonable Accommodation of her disability in violation of the Rehabilitation Act ("RA") of 1973, as amended 29 U.S.C. § 701 *et seq.* and the ADA, 42 U.S.C. §§ 12101 *et seq.* shall be denied.

SO ORDERED.

SIGNED this ___ day of ___ , 2011.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE